failure to prosecute in accordance with the rules.

Anne M. SPINK, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 04–3353.

United States Court of Appeals,
Federal Circuit.

July 30, 2004.

Anne M. Spink, of Counsel, Walden, NY, pro se.

Leslie Cayer Ohta, Principal Attorney, Harold D. Lester, Jr., David M. Cohen, Wade M. Plunkett, of Counsel, Washington, DC, for Respondent.

**ORDER**

Order Vacated, 108 Fed.Appx. 617, See 2004 WL 1923999.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.